JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BROSNAC, | Case No. CV 13-02993  FMO (SSx) |
|        Plaintiff, | |
|        v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
|        Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 26 day of June, 2013.

/s/
_____
Fernando M. Olguin
United States District Judge